| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: USA District of USA (State) |
| Case number (if known): 2:2024cv00772   Chapter 15 |

RECEIVED
By USBC Portland at 3:20 pm, 07/25/2025

☒ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**
   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: CARROLS RESTAURANT GROUP INC

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.
   BURGER KING, CARROLS CORP AND CARROLS LLC

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   1 6 - 1 2 8 7 7 7 4
   EIN

5. **Debtor's address**

   Principal place of business:
   968 JAMES ST
   Number Street
   SYRACUSE, NY 14211
   City State ZIP Code
   ONONDAGA
   County

   Mailing address, if different:
   65 SIDNEY ST
   Number Street
   P.O. Box
   BUFFALO, NY 14211
   City State ZIP Code

   Location of principal assets, if different from principal place of business:
   65 SIDNEY ST
   Number Street
   BUFFALO, NY 14211
   City State ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  CARRROLS RESTAURANT GROUP INC   Case number (if known) 2:2024cv00772
_____Name_____

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☒ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☒ Yes. Debtor ___tbd___  Relationship ___tbd___
     District ___tbd___  Date filed _____  Case number, if known ___tbd___
                         MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____  Date filed _____  Case number, if known _____
                              MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    Check one:
    - ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    - ☐ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor __CARROLS RESTAURANT GROUP INC__    Case number (if known) __2:2024cv00772__
Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | ROBERT W JOHNSON | CORPORATE. | $ 999,999,999,999.99 |
| | WILLIE JOHNSON | CORPORATE. | $ 999,999,999,999.99 |
| | ROBERT JOHNSON | CORPORATE. | $ 999,999,999,999.99 |
| | | Total of petitioners' claims | $ 999999999999999.99 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

CARROLS RESTAURANT GROUP INC
Name

968 JAMES ST
Number   Street

SYRACUSE    NY    13203
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any

ROBERT W JOHNSON
Name

65 SIDNEY ST
Number   Street

BUFFALO    NY    14211
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/18/2025
MM / DD / YYYY

X _(signature)_
Signature of petitioner or representative, including representative's title

**Attorneys**

ROBERT W JOHNSON
Printed name

ROBERT W JOHNSON ESQ
Firm name, if any

65 SIDNEY ST
Number   Street

BUFFALO    NY    14211
City    State    ZIP Code

Contact phone  7167402633    Email  atemllc2023@gmail.com

Bar number  999999

State  USA

X _(signature)_
Signature of attorney

Date signed  07/18/2025
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  CARROLS RESTAURANT GROUP INC  
Name

Case number (if known) 2:2024cv00772

**Name and mailing address of petitioner**

Name: ROBERT W JOHNSON  
Number Street: 65 SIDNEY ST  
City: BUFFALO  State: NY  ZIP Code: 14211

**Name and mailing address of petitioner's representative, if any**

Name: WILLIE JOHNSON  
Number Street: 65 SIDNEY ST  
City: BUFFALO  State: NY  ZIP Code: 14211

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/18/2025

X _[signature]_  
Signature of petitioner or representative, including representative's title

Printed name: ATEM FARMS  
Firm name, if any: ATEM FARMS ESQ  
Number Street: 65 SIDNEY ST  
City: BUFFALO  State: NY  ZIP Code: 14211  
Contact phone: 7167402633  Email: atemllc2023@gmail.com  
Bar number: 000000-00  
State: USA

X _[signature]_  
Signature of attorney

Date signed: 07/18/2025

---

**Name and mailing address of petitioner**

Name:  
Number Street:  
City:  State:  ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name:  
Number Street:  
City:  State:  ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

X _____  
Signature of petitioner or representative, including representative's title

Printed name:  
Firm name, if any:  
Number Street:  
City:  State:  ZIP Code:  
Contact phone:  Email:  
Bar number:  
State:

X _____  
Signature of attorney

Date signed: _____

Official Form 205  Involuntary Petition Against a Non-Individual  page 4

COURT CLERK
537 CONGRESS ST
PORTLAND, ME 04101

SYRACUSE
22 JUL
20

USMS ME

U.S. COURTS
537 CONGRESS ST
PORTLAND, ME 04101

